J. T. Smallwood  
Tax Collector  
Room 160 Courthouse  
716 Richard Arrington Jr Blvd N  
Birmingham, AL 35203  
(205) 325-5500  
RETURN SERVICE REQUESTED

TCP010.DCG

| TAX YR. | UNIT NO. |
|---|---|
| 2011 | 13-3744 |

PARCEL I.D.   24-29-1-0-15.001-RR-00



☐ Check here to add $2 to the total amt due for the AFABF (see back of card).

PAY BY 12/31/11        530.45

BILL NO.  
214432

MARTIN ELAINE  
962 GRANTSWOOD TRL  
IRONDALE AL   35210-3637

74601

---

J. T. Smallwood  
Tax Collector  
Room 160 Courthouse  
Birmingham, AL 35203  
(205) 325-5500

CUT ALONG DOTTED LINE   REMIT THIS PORTION WITH PAYMENT

**2011 TAX NOTICE**  
**JEFFERSON COUNTY**

PRESORTED  
FIRST CLASS MAIL  
U.S. POSTAGE PAID  
BIRMINGHAM, AL  
PERMIT NO. 2270

| BILL NO. | | UNIT NO. | | MILLAGE RATE |
|---|---|---|---|---|
| 11 | 214432 | 13-3744 | | .0566 |

| PARCEL I.D. | CLASS | HOMESTEAD EXEMPTION |
|---|---|---|
| 24-29-1-0-15.001-RR-00 | 3 | 53.00 |

PROPERTY LOCATION: GRANTSWOOD TRL    35210

| LEGAL DESCRIPTION | MARKET VALUE |
|---|---|
| POB 475 FT N OF SE COR OF NW 1/4 OF NE 1/4 TH W 210 FT TH N 105 FT TH E 210 FT TH S 105 FT TO POB SEC 29 TWP 17 R 1 | 102,200.00 |

CTS/GMAC MORTGAGE LLC (44838)    13051956  
THIS MORTGAGE COMPANY HAS BEEN ADVISED OF YOUR BILL.

MARTIN ELAINE

| NET TAX | 525.45 |
|---|---|
| STORM WATER FEE | 5.00 |

**RETAIN THIS STUB**

PAY BY 12/31/11        530.45

***********AUTO**5-DIGIT 35210  
MARTIN ELAINE  
962 GRANTSWOOD TRL  
IRONDALE AL   35210-3637

---

Case 14-04928-TBB13    Doc 5    Filed 12/19/14    Entered 12/19/14 10:52:02    Desc Main Document    Page 1 of 1