# Chapter 13 Plan Summary          Case No.:14-4928

Debtor(s):                    SS# XXX-XX-              Monthly Earnings: _____
__Elaine J. Bennett_  SS# XXX-XX-_____               Number of Dependents: _____

I. Plan Payments:
  (x) Debtor proposes to pay a total of $400    [ ] Weekly [ ] Biweekly [X] Monthly [ ] Semi-Monthly

  ) Payroll deduction order : for

                    [ ] Weekly [ ] Biweekly [ ] Monthly [ ] Semi- Monthly

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $_____ 18,000

II.     From the payments received, the trustee shall make disbursements pursuant to Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT).
       The following claims, if allowed, will be paid in full unless creditor agrees otherwise.

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

   B. ATTORNEY'S FEES of $3,000.00 ; $ 300 paid pre-petition; $ 740 to be paid upon confirmation and $ 80/mo until paid in full.
   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall
      be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid [ ] by Trustee [x] by Debtor | Regular payments to begin: Month/Year | Arrears to be paid By Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| BGK Investments (Disputed Debt) | 120,000 | $800 | January 2015 | $15,000 | Over 12 |  | Upon Confirmation |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name Of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Propose Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

III.    Other debts not shown in 1. or 2. Above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of Debt | Amount of Regular Payment | Description of collateral | Reason for direct payment |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

IV.     **Special Provisions:  Debtor will pay all pre and post electric and gas service charges in lieu of posting a deposit as under 11 USC 366 and acknowledges that 11 USC 362 will not prohibit collection of these debts by Alabama Power Company and Alabama Gas, Birmingham Water Works and City of Irondale Utilities/trash..**
.

[X] This is an original plan.
[ ] This is an amended plan replacing plan dated _____
[X] This plan proposes to pay unsecured creditors_100%_
[ ] Other provisions: _____                    Dated:
Thomas W. H. Buck                                                /s/ Elaine Martin
Longshore, Buck & Longshore, P.C.                                Signature of Debtor
2009 2nd Ave N
Birmingham, AL 35203                                             _____
(205) 252-7661

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing Plan Summary has been served upon the following via the CM/ECF electronic filing system and/or United States Mail, postage prepaid and properly addressed to the following on this the 31st day of December, 2014.

D. Sims Crawford
Chapter 13 Trustee
P.O. Drawer 10848
Birmingham, AL 35202

```
BGK INVESTMENTS
P O BOX 200053
Kennesaw, Ga 30156
```

                                              /s/ Thomas W. H. Buck
                                              **OF COUNSEL**